UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, LYNDEN TRANSPORT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TOTEM OCEAN TRAILER EXPRESS, INC.; M.V. NORTH STAR, <br><br> Defendants. | IN ADMIRALTY <br><br> NO. <br><br> COMPLAINT |

**I.**

This is an admiralty or maritime claim within the meaning of Rule 9(h), Federal Rules of Civil Procedure, and is within the jurisdiction of this Court pursuant to the general maritime law and 28 U.S.C. § 1333.

**II.**

At and during all the times hereinafter mentioned, plaintiffs had and now have the status and places of business stated in Schedule A hereto annexed and by this reference made a

COMPLAINT -1

part hereof. Plaintiffs are the shippers, exporters, notify parties, ultimate consignees, importers and/or underwriters of the cargo described herein as set forth in Schedule A, and are bringing this action on behalf of and in a representative capacity for any of those interests not named as plaintiffs in the complaint.

### III.

At and during all the times hereafter mentioned, the defendants had and now have the status and places of business stated in Schedule A. Defendant ocean carrier was and now is engaged in business as a common carrier of merchandise by water for hire, and owned, operated, managed, chartered and/or controlled the defendant vessel. Defendant ocean carrier maintains an office and place of business within this district and within the jurisdiction of this Court at the address stated in Schedule A.

### IV.

Defendant vessel is a general ship engaged in the common carriage of goods by water between the ports set forth on Schedule A. The defendant vessel is now or will be during the pendency of process hereunder within this district and within the jurisdiction of this Court.

### V.

On or about the date and at the port(s) of shipment stated in Schedule A, there was delivered to the defendants in good condition the shipment described in Schedule A, which defendants received, accepted and agreed to transport for certain consideration to the port(s) of destination stated in Schedule A.

### VI.

Thereafter, on or about the date(s) set forth in Schedule A, the subject shipment(s) arrived at the port(s) of destination. However, on information and belief, in breach of the valid

COMPLAINT -2

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

terms of the contracts of carriage and due to the negligence and breach of contract of the defendant(s), said shipment(s) arrived not in the same good order and condition, as set forth in Schedule A, as when received by defendant(s) at the port(s) of shipment.

## VII.

Plaintiffs have performed all duties and obligations on their part to be performed.

## VIII.

Plaintiffs suffered damages as set forth on Schedule A, no part of which has been paid.

WHEREFORE, plaintiffs pray:

1. That process in due form of law according to the practice of this Court issue against defendants;

2. That judgment be entered in favor of plaintiffs against defendant(s) in the amount set forth on Schedule A together with interest and costs;

3. That process in due form of law according to the practice of this Court, in maritime causes, issue against the defendant vessel, her engines, tackle, furniture and apparel, and that all persons having an interest in said vessel be cited to appear in answer to this Complaint and that the vessel be sold to pay the damages sustained by plaintiffs, together with interest and costs; and

4. That plaintiffs be awarded such other, further and different relief as this Court may deem just and proper.

COMPLAINT -3

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

1  DATED this 30th day of December, 2013.

2

3                                              CALFO HARRIGAN LEYH & EAKES LLP

4                                              By /s/ Shane Cramer
                                                  Michelle Buhler, WSBA #16235
5                                                 Shane Cramer, WSBA #35099
                                                  Counsel for Plaintiffs
6

7  STATE OF WASHINGTON )
                        ) ss.
8  COUNTY OF KING       )

9
   Shane Cramer, being first duly sworn on oath deposes and says: That he is one of the
10 attorneys for the above-named plaintiffs, and as such is authorized to and does make this
   verification for and on behalf of said plaintiffs; that he has read the within and foregoing
11 Complaint, knows the contents thereof and believes the same to be true.

12
                                               /s/ Shane Cramer
13

14
   SUBSCRIBED AND SWORN TO before me this 30th day of December, 2013.
15

16
                                               /s/ Susan Camicia
17                                             Notary Public in and for the State of
                                               Washington residing at Issaquah
18                                             My commission expires: 5/29/16

19

20

21

22

23

24

25

COMPLAINT -4

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# SCHEDULE A

**Plaintiffs' Status and Place of Business:**

Indemnity Insurance Company of North America
510 Walnut Street
Philadelphia, PA 19106

Lynden Transport, Inc.
18000 International Blvd., Ste 800
Seattle, WA 98188

**Defendant Ocean Carrier's Status and Place of Business:**

Totem Ocean Trailer Express, Inc.
32001 32nd Ave. S., Suite 200
Federal Way, WA

**Name of Defendant Vessel(s):**

M.V. NORTH STAR

**Contract of Carriage:**

Totem Ocean Trailer Express, Inc. / Lynden Transport, Inc. Transportation Agreement dated December 9, 2010.

**Port of Shipment and Date of Loading:**

Tacoma, WA; December 26, 2012

**Port of Destination and Date of Arrival:**

Anchorage, AK; December 31, 2012

**Shipper:**

Lynden Transport, Inc.

COMPLAINT -5

**Consignee:**

Lynden Transport, Inc.

**Description of Shipment:**

Two NC Power Systems Co. Model C-27 Generators

**Nature of Loss and/or Damage:**

Physical damage, including bending, breakage, distortion, buckling, etc.

**Amount of Loss:**

Approximately $260,000 or such other amount as proven at trial.

COMPLAINT -6

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717